MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Peggy A. Boisen

Chapter 7 Case No. 09-46350

Please Check One:

\_\_\_\_\_ Unclaimed Dividends

\_✓\_ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Chase Bank USA N.A.<br>c/o Creditor's Bky Serv<br>P.O. Box 740933<br>Dallas, TX 75374 | 6 | 74.77 | 3.32 |

Dated: April 6, 2011

/s/ Randall L. Seaver
Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Boisen\Unclaimed Dividends Distribution Less than $5.wpd

**RANDALL L. SEAVER**
**UNITED STATES CHAPTER 7 PANEL TRUSTEE**

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile: (952) 890-0244

RECEIVED
11 APR -7 AM 9:33
U.S. BANKRUPTCY
MINNEAPOLIS, MN

April 6, 2011

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   Peggy A. Boisen
      BKY No. 09-46350

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5. Also enclosed is an estate check in the amount of $3.32 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
rlseaver@fullerseaverramette.com

RLS:klf
Enclosure
cc:   United States Trustee

C:\Data\randy\Trustee-Mpls\Boisen\Letter to Court filing Unclaimed Dividends Distribution of Less than $5 and check.wpd